UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

February 2, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

ROBERT A. LOPEZ SOLIS,

Petitioner,

v.

CHRISTOPHER CHESTNUT, et al.,

Respondents.

No.  1:26-cv-0280 DAD CSK

**MINUTE ORDER**

Petitioner, an immigration detainee proceeding through counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner paid the filing fee.  Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

On January 14, 2026, the district court ordered petitioner to file a motion for temporary restraining order if petitioner sought emergency relief.  (ECF No. 6.)  Petitioner has not filed a motion.

This court has conducted a preliminary review of the petition pursuant to Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254.  Because petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents are directed to show cause why the writ should not be granted by filing an answer or motion to dismiss within 7 days from the date of this order.  See 28 U.S.C. § 2243.

Accordingly, IT IS HEREBY ORDERED that:

1.  Respondents are directed to file an answer or motion to dismiss within 7 days from the date of this order.  If respondents dispute the factual allegations in the petition, respondents shall include copies of all referenced/relevant portions of Petitioner's A-File and other supporting documents, including at minimum any and all release orders, any and all supervision orders, any relevant violations of release or supervision, any and all detention orders, any and all removal orders, and any referenced Notice(s) to Appear, not provided with the petition.

2.  Petitioner's reply/traverse to an answer or opposition to a motion to dismiss, if any, is due within 7 days after being served with respondents' answer or motion to dismiss.  A reply by respondent to an opposition to a motion to dismiss is due within 7 days after being served with the opposition.

3.  The Clerk of the Court shall serve a copy of the petition and this order on the United States Attorney.  Fourteen days from the date of this order, respondents shall file the form Consent to Proceed Before United States Magistrate Judge, which is available on the district court's website:  https://www.caed.uscourts.gov/caednew/assets/File/Forms/consentmagweb.pdf.

4.  Petitioner's consent form is due February 17, 2026.  (ECF No. 4.)