UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO A LOPEZ SOLIS,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>Respondents. | No. 1:26-cv-00280-DAD-CSK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS<br><br>(Doc. No. 12) |

Petitioner Roberto A Lopez Solis is a federal immigration detainee proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 19, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted. (Doc. No. 10.) Specifically, the assigned magistrate judge found that petitioner had a liberty interest in his continued release and, accordingly, due process requires petitioner's release. (*Id.* at 8–12.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service.

/////

1

1  (*Id.* at 13.)  On February 21, 2026, respondents filed their objections to the pending findings and
2  recommendations.  (Doc. No. 13.)
3       Respondents' objections reiterate respondents' previously stated arguments that petitioner
4  is subject to mandatory detention pursuant to 8 U.S.C. § 1225(b), that due process does not
5  require his immediate release, and that a bond hearing would be the appropriate remedy.  (*Id.*)
6  The magistrate judge correctly rejected these contentions in the pending findings and
7  recommendations and respondents' objections fail to provide any basis upon which to reject that
8  analysis.
9       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
10 *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the
11 findings and recommendations are supported by the record and by proper analysis.
12      For the reasons above.
13      1.    The findings and recommendations filed on February 19, 2026 (Doc. No. 12) are
14           ADOPTED IN FULL;
15      2.    Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as
16           follows:
17           a.    Respondents are ORDERED to immediately release petitioner from his
18               custody on the same conditions he was subject to prior to his December 30,
19               2025 re-detention;
20           b.    Respondents are ENJOINED AND RESTRAINED from re-detaining
21               petitioner absent exigent circumstances without providing petitioner notice
22               and a pre-detention hearing before an immigration judge, wherein
23               respondents will bear the burden of demonstrating by clear and convincing
24               evidence that petitioner poses a flight risk or a danger to the community;
25               and
26 /////
27 /////
28 /////

3. The Clerk of the Court is directed to ENTER judgment in favor of petitioner and to close this case.

IT IS SO ORDERED.

Dated:  **March 5, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE